# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2020

160562

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

RAYSHAWN PACE,
      Plaintiff-Appellant,

and

GET WELL MEDICAL TRANSPORT
COMPANY,
      Intervening Plaintiff-Appellant,

and

AFFILIATED DIAGNOSTICS OF OAKLAND,
LLC,
      Intervening Plaintiff,

v

JOHN DOE, ANGELA NOEL, and HOME-
OWNERS INSURANCE COMPANY,
      Defendants,
and

AUTO-OWNERS INSURANCE COMPANY,
      Defendant-Appellee.

SC: 160562
COA: 339777
Wayne CC: 15-006548-NI

_____/

On order of the Court, the application for leave to appeal the October 8, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., did not participate due to her prior relationship with Garan Lucow Miller, P.C.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2020



s0520

Clerk